**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
PAMELA HELD

                    Plaintiff,

-against-

P.O. SEAN CHRISTIAN, Shield No. 7051,
P.O. JOHN DOE, P.O. RICHARD ROE, P.O.
JANE DOE and THE CITY OF NEW YORK

                    Defendants.
---------------------------------------------------------------X

**STIPULATION & ORDER OF DISMISSAL**

**14 CV 2796(PKC)(RML)**

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

      2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

3. This stipulation may be signed in counterparts and a facsimile or scanned copy of this stipulation may be used as an original for all purposes.

DATED: 3/7/16, 2016
New York, New York

RICHARD J. SOLEYMANZADEH, P.C.
*Attorney for Plaintiff*
320 Nassau Boulevard - Suite 7
Garden City, New York 11530

By: _____
Richard J. Soleymanzadeh
*Attorney for Plaintiff*

THE DE LEON FIRM, PLLC
*Attorney for Defendant "Christian"*
26 Broadway - Suite 1700
New York, New York 10004

By: _____
Edgar De Leon
*Attorney for Defendant "Christian"*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York*
100 Church Street - 3rd Floor
New York, New York 10007

By: _____
Okwede Okoh

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2